IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ANTHONY D. CUTTLE, | X | |
| Petitioner, | X | |
| vs. | X | No. 05-2144-D/V |
| DAVID MILLS, | X | |
| Respondent. | X | |

ORDER GRANTING MOTION FOR EXTENSION OF TIME

On November 16, 2005, respondent filed a motion for an extension of time to file the state-court record and a response to the petition. For good cause shown, the motion is GRANTED. The response to the petition, along with the state-court record, are due on December 21, 2005.

IT IS SO ORDERED this 28 day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02144 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Alice B. Lustre
ATTORNEY GENERAL OFFICE
425 5th Avenue North
Nashville, TN 37243--049

Anthony D. Cuttle
136832
7575 Cockrill Bend Industrial Rd.
Nashville, TN 37209--105

Honorable Bernice Donald
US DISTRICT COURT